DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HECTOR FLORES,**
Appellant,

v.

**ALAN MARSHALL CONSTRUCTION CORPORATION,** a Florida for Profit
Corporation, **ALAN H. MARSHALL,** and **APARNA SRIRAM** a/k/a
**APARNA SPIRAM** a/k/a **APARNA SRIRNA,**
Appellees.

No. 4D18-863

[March 21, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; David E. French, Jr., Judge; L.T. Case No. 50-2015-CA-003410-XXXX-MB.

Philip M. Burlington and Nichole J. Segal of Burlington & Rockenbach, P.A., West Palm Beach, and Jose G. Rodriguez of Jose G. Rodriguez, P.A., West Palm Beach, for appellant.

Forrest L. Andrews of Lydecker Diaz, LLC, Miami, for appellees.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***